**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED

APR 2 2 2011

UNITED STATES OF AMERICA

v.                                     )      1:09-CR-00132 AWI
                                       )
                                       )
HELIODORO DIEGO-PEREZ                  )

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                          ( ) Ad Testificandum.
Name of Detainee:        Heliodoro Diego-Perez
Detained at (custodian):    Soledad Correctional Facility

Detainee is:   a.)      (X) charged in this district by:
                        (X) Indictment              ( ) Information          ( ) Complaint
                        Charging Detainee With:    **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien**
                                                   **Found in the United States**

   or      b.)      ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)      (X) return to the custody of detaining facility upon termination of proceedings
   or      b.)      ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                        currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                    Signature:____/s/ Yashar Nilchian_____
                    Printed Name & Phone No: Yashar Nilchian/ 559-497-4000
                    Attorney of Record for:____United States of America_____

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                          ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to
the above-named custodian.
_April 22, 2011_                              _Sheila K. Oberto_
Date_____ United States District/Magistrate Judge_____

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| AKA(s) (if applicable): | CDCR - Heleodoro Diego | | Male X | Female |
| Booking or CDC #: | G51361 | | DOB: | |
| | Release Date: 06/03/2011 | | Race: | |
| | | | FBI #: | 290604X9 |
| Facility Phone: | | | | |
| Currently Incarcerated For: | | | | |

----------------------------------------------------------------

**RETURN OF SERVICE**

Executed on _____ by _____
                                                            (Signature)