DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HELIODERO DIEGO-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00132 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | ) ) | |
| HELIODERO DIEGO-PEREZ, | ) ) | Date: August 29, 2011 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for August 8, 2011, **may be continued to August 29, 2011 at 9:00 a.m.**

This continuance is requested by counsel for the defendant because he is scheduled to be out of his office on the date now set for hearing and will not be available for court. Assistant U.S. Attorney Ian Garriques is not opposed to this request. The requested continuance will allow for continuity of counsel and will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: July 28, 2011         By   /s/ Ian Garriques
                                   IAN GARRIQUES
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 28, 2011         By   /s/ Marc Days
                                   MARC DAYS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   HELIODERO DIEGO-PEREZ

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

Dated:   July 29, 2011

CHIEF UNITED STATES DISTRICT JUDGE